# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA

### SOUTHERN DIVISION

TIWILLA CARR,                                    )
           Plaintiff,                          )
                             )
v.                                               )
                             )
                             )   **JUDGMENT IN A CIVIL CASE**
CAROLYN COLVIN,                                  )   **CASE NO. 7:12-CV-343-D**
Acting Commissioner of the Social                )
Security Administration,                         )
           Defendant.                          )

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED**  that the Consent Motion to Remand [D.E. 21]  is GRANTED.  The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 24, 2013,** WITH A COPY  TO:

Kathleen S. Glancy  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein  (via CM/ECF Notice of Electronic Filing)


July 24, 2013                                    JULIE A. RICHARDS, Clerk
Date                                             Eastern District of North Carolina

                                                 /s/Debby Sawyer
                                                 (By) Deputy Clerk

Raleigh, North Carolina